Order affirmed, without costs. The present proceeding was not instituted within the 14-day period required by subdivision 1 of section 330 of the Election Law. Service by mailing was incomplete under the particular statute so long as the persons to be so served did not receive delivery within the 14-day period. (See
 
 Matter of Burton v Coveney,
 
 32 NY2d 842;
 
 Matter of Squitieri v Power,
 
 25 NY2d 801; cf.
 
 Matter of Butler v Hayduk,
 
 37 NY2d 497, esp 500.)
 

 Concur: Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke.